**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

METALLICA, a California general
partnership,

                        Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

                        Defendants.

Case No. 23-cv-15181

## <u>NOTIFICATION OF AFFILIATES</u>

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Metallica, a California general partnership ("Plaintiff" or "Metallica"), by and through its undersigned counsel, certifies that it is a privately held entity with no parent company or publicly held corporation owning more than 5% of its stock. James Hetfield, Lars Ulrich, Kirk Hammett, and Robert Trujillo are the only affiliates as defined by Local Rule 3.2 and all own 5% or more of Metallica. James Hetfield, Lars Ulrich, Kirk Hammett, and Robert Trujillo, all individuals, have no affiliates as defined by Local Rule 3.2

Dated this 20th day of October 2023.    Respectfully submitted,

<u>/s/ Martin F. Trainor</u>
Martin F. Trainor
Sydney Fenton
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com

*Counsel for Plaintiff Metallica*