IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| METALLICA, a California general partnership,<br><br>                Plaintiff,<br><br>v.<br><br>FOSHAN CAMILLA GARMENTS CO., LTD, et al.,<br><br>                Defendants. | Case No. 23-cv-15181<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Metallica hereby dismisses this action with prejudice as to the following Defendant:

| **Defendant Seller Alias** | **Schedule A Line No.** |
|---|---|
| Zhongshan Mengqi E-Commerce Co., Ltd. | 8 |

Dated this 9th day of February 2024.    Respectfully submitted,

                                                  /s/ Martin F. Trainor
                                                  Martin F. Trainor
                                                  Sydney Fenton
                                                  Richard M. Poskozim
                                                  Alexander Whang
                                                  TME Law, P.C.
                                                  10 S. Riverside Plaza
                                                  Suite 875
                                                  Chicago, Illinois 60606
                                                  708.475.1127
                                                  martin@tme-law.com
                                                  sydney@tme-law.com
                                                  richard@tme-law.com
                                                  alexander@tme-law.com

                                                  *Counsel for Plaintiff Metallica*